IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PATRICIA WILKESON,

           Plaintiff,

     v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

           Defendant.

No. CV 07-3062-AC

JUDGMENT

**MOSMAN, J.,**

     Based on the Opinion and Order of the court filed June 30, 2008 (#12) adopting the Magistrate Judge's Findings and Recommendations (#10),

     IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner is AFFIRMED, and this case is DISMISSED.

     DATED this __30th__ day of June, 2008.

                                       /s/ Michael W. Mosman
                                       MICHAEL W. MOSMAN
                                       United States District Judge

PAGE 1 - JUDGMENT